**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAR -5  P 12: 56

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| SONDRA MILLS, | : | CIVIL NO. 3:00CV935 (SRU) |
| *Plaintiff,* | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| JUDICIAL BRANCH, | : | |
| *Defendant.* | : | March 4, 2004 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendant in the above-referenced matter, **in addition to** the appearances of Assistant Attorneys General Joseph A. Jordano, and Maria C. Rodriguez, already on file.

**Dated at Hartford, Connecticut this 4th day of March, 2004.**

                                          DEFENDANT
                                          State of Connecticut,
                                          Judicial Branch

                                          RICHARD BLUMENTHAL
                                          ATTORNEY GENERAL

By: _____
        Mark P. Kindall
        Assistant Attorney General
        55 Elm Street
        P.O. Box 120
        Hartford, CT  06141-0120
        Tel:  (860) 808-5340
        Fax: (860) 808-5383
        Federal Bar No. ct13797
        Email:  Mark.Kindall@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing **Appearance** was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 4th day of March, 2004, to the following:

**John Williams, Esq.**
**Williams & Pattis, LLC**
**51 Elm Street, Suite 409**
**New Haven, CT 06510**
**Tel.: (203) 562-9931**
**Fax: (203) 776-9494**

                                          Mark P. Kindall
                                          Assistant Attorney General