HONORABLE Stefan Underhill
DEPUTY CLERK __Montz__   RPTR/ERO/TAPE __Carucci__

TOTAL TIME: __3__ hours __15__ minutes

DATE __3-11-04__   START TIME __9:05__   END TIME __12:20__
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. __3:00cv935 (SRU)__

__Mills__
vs.
__State of Conn.__

Marc ~~Kinhart~~
John Williams
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

__Mark Kindall__
__Maria Rodriguez__
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ☐ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____

☑ ☑ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____

☐ __#__ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ __#__ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ __#__ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ __#__ Motion _____  ☐ granted ☐ denied ☐ advisement

☐ _____  ☐ filed ☐ docketed
☐ _____  ☐ filed ☐ docketed
☐ _____  ☐ filed ☐ docketed
☐ _____  ☐ filed ☐ docketed

☑ __63__ # jurors present

☑ Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☑ Voir Dire by Court

☑ Peremptory challenges exercised (See attached)

☑ Jury of __8__ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☐ Remaining jurors excused

☐ Discovery deadline set for _____

☐ Disposition Motions due _____

☐ Joint trial memorandum due _____

☑ Trial continued until __3-15-04__ at __9:00 A.M.__

☑ COPY TO: JURY CLERK

# Judge's List

Judge: **STEFAN R. UNDERHILL**  
Event: **3:00CV935(SRU)**  
Description: **MILLS V. STATE OF CT**

Date: **3/11/04**  
Time: **8:59 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 1 | 100113362 | 02-0117 | VINCENT, JASON L — MONROE<br>ATTORNEY - N.Y. April - impossible<br>Aviation | PD |
| (2) | 100100977 | 02-0084 | SCOFIELD, TREVOR R — STRATFORD<br>New Job - issue with dates<br>Suppose to close y-1<br>Terminated from job.<br>Side Bar | ~~J~~ CP |
| (3) | 100112065 | 02-0026 | ATKINSON JR, GEORGE A — WEST REDDING<br>TELECOMMUNICATIONS<br>IBM  Prefers April | ~~J~~ CP |
| (4) | 100083523 | 02-0109 | THEDER, LAUREN J — GREENWICH<br>PERMANENT SUBSTITUTE TEACHER<br>(missing school today)<br>not available | NU CP |
| 5 | 100096199 | 02-0015 | VENTRES, WENDY J — RIDGEFIELD<br>SALES/CUSTOMER SERVICE REP  O.K. | PD |
| (6) | 100098224 | 02-0083 | PAVIA, MICHAEL THOMAS — STRATFORD<br>ADMINISTRATOR  Montreal Thurs. Fri. Sat.<br>Japan - April | ~~J~~ CP (⊕) |
| 7 | 100111580 | 02-0027 | GIORDANO, PHILIP R — RIVERSIDE<br>TAX ATTORNEY  Clerked for Judge | PP |
| 8 | 100100707 | 02-0130 | GABOARDI, MICHAEL A  O.K. — BETHEL<br>ELECTRONICS TECHNICIAN | PP |
| (9) | 100119106 | 02-0074 | JODKA, JONATHAN D — NEW CANAAN<br>PRES./OWNER, INVESTMENT MANAGEMENT FIRM<br>18 mos · 12 employees<br>out of town next week<br>Hired/Fired  Deposed EEOC 2 wks ago<br>Morgan Stanley - Biased | ~~J~~ CP |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

Case 3:00-cv-00935-SRU    Document 52    Filed 03/11/2004    Page 3 of 10

Judge's List

Date: 3/11/04
Time: 8:59 AM

Judge: STEFAN R. UNDERHILL
Event: 3:00CV935(SRU)
Description: MILLS V. STATE OF CT

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| (10) | 100119860 | 02-0043 | MAIN, JEREMY RIDGEFIELD | RETIRED writer/editor Time Life Trip FL next week Closing 4-13. over 70 | ~~S~~ CP |
| (11) | 100082041 | 02-0065 | GRESS, RANDOLPH E SHELTON | BUSINESS MGR--VICE PRESIDENT/GM | NU |
| 12 | 100092068 | 02-0014 | COOPER, MICHAEL A TRUMBULL | BENCH JEWELER  O.K. | PP |
| (13) | 100106630 | 02-0003 | KLEIN, STACEY J GREENWICH  Tenure | SALES/MARKETING Financial Hardship Age. Nationality. Suit | ~~46~~ CP |
| 14 | 100102223 | 02-0142 | KAMINSKI, KATHLEEN A DANBURY  Hired Fired | RETIRED BANKER Hus State of CT Surgery - April | PP |
| 15 | 100098552 | 02-0120 | BERNBERG, JODY R BRIDGEPORT Hired Fired | ASSISTANT DIRECTOR  O.K. Tutor time | J- ① ~~J-2~~ 8 1 |
| (16) | 100086048 | 02-0032 | ENSCOE, ROSE MARIE DANBURY | April OK Prob. next week | I CP |
| (17) | 100123132 | 02-0048 | CAGGIANIELLO, NICHOLAS F STRATFORD | FLIGHT FOLLOWER Class Action Suit wage Related overtime Next weeks hard April OK | CP |
| 18 | 100082898 | 02-0127 | LIPNICKAS, JOHN F SHELTON | DESIGNER March OK April No | J-2 ② ② |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **STEFAN R. UNDERHILL**  
Event: **3:00CV935(SRU)**  
Description: **MILLS V. STATE OF CT**

Date: **3/11/04**  
Time: **8:59 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 19 | 100101071 | 02-0148 | LINDEN, CLAUDIA M<br>BRIDGEPORT<br>UNEMPLOYED<br>*Teacher · Day Care Started 2.2*<br>*printers 22, 23, 24* | PD |
| 20 | 100107982 | 02-0128 | ROGERS, SUSAN M<br>FAIRFIELD<br>FINANCIAL ANALYST<br>*Physical 22nd*<br>*would work at night.* | J-3 |
| 21 | 100123418 | 02-0062 | DIMARZIO JR., PAUL T<br>BETHEL<br>COMPUTER SOFTWARE STRATEGIST  OK<br>*IBM.* | J-4 |
| 22 | 100119396 | 02-0061 | SAMAHA, RUTHANN<br>BROOKFIELD<br>PARALEGAL   OK | J-5 |
| (23) | 100090544 | 02-0147 | BUDNER, CINDY<br>BETHEL<br>MEDICAL RECEPTIONIST<br>*Health Issues - Spinal Fusions*<br>*Migraines.* | CP |
| 24 | 100094374 | 02-0136 | BASKIN, JOSEPH L<br>NORWALK<br>MASTER PRODUCTION SCHEDULER<br>O.K. | J-6 |
| 25 | 100111571 | 02-0150 | LENICH, FRANCES A<br>WILTON<br>HOMEMAKER   OK<br>*Daughter · Crim Atty* | PD |
| (26) | 100095400 | 02-0110 | MORGANTI, EUGENE J<br>STAMFORD<br>SR. INFORMTION SECURITY OFFICER<br>*next week not good*<br>*April · OK.* | CP |
| ~~xxx~~ 27 | 100104029 | 02-0096 | DITURI, ANNA M<br>TRUMBULL<br>X-RAY TECH & OFFICER MANAGER<br>*ER*<br>*old Boyfriend*<br>*Sgt. P.O*     O.K. unfair | J-7 |

~~xxxx~~

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **STEFAN R. UNDERHILL**
Event: **3:00CV935(SRU)**
Description: **MILLS V. STATE OF CT**

Date: 3/11/04
Time: 8:59 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 28 | 100087087 | 02-0088 | LYNCH, PATRICK H<br>SOFTWARE DEVELOPMENT<br>BETHEL | O.K. | J-8 |

3:00CV 1026 Anamasi v. Coughlin

| | | | | | |
|---|---|---|---|---|---|
| (29) | 100087576 | 02-0024 | KWON, YONGCHAE<br>PHARMACIST - CVS<br>FAIRFIELD<br>*next week matter/wife Appt. Close to due date* | | CP |
| 30 | 100084334 | 02-0022 | MARIN, CARLOS R<br>CHEMICAL TECHNICIAN<br>NORWALK | O.K. | PD |
| 31 | 100100391 | 02-0138 | KRIZ, EDWARD M<br>BRAKE OPERATOR, SHEET METAL<br>STRATFORD<br>*wife injured sued Trial ours not a good feeling unsure* | Dates O.K. | PP |
| (32) | 100117428 | 02-0132 | OSULLIVAN, TIMOTHY J<br>INSURANCE AGENT -<br>STRATFORD<br>*Uncle Retired Judge Dates. Hard. Just employed* | | CP |
| 33 | 100111997 | 02-0020 | JONES, MIRIAM A<br>RETIRED<br>OLD GREENWICH ?<br>*Going through Divorce was underwriter for Ins.Co. March 4 Dr. visits* | April OK<br>Acc Rehab | J-1 |
| (34) | 100118149 | 02-0060 | CLARKE, SANDRA D<br>ADMIN. ASSISTANT<br>STAMFORD<br>*law arrest un happy will put aside* | O.K. | CP |
| (35) | 100081561 | 02-0066 | LONGMUIR, ANNETTE R<br>SALES ASSISTANT -<br>NORWALK<br>*Sued Dog Bite Not much 18,920 take could chill* | April OK | CP |
| 36 | 100098954 | 02-0055 | SANFORD, DIANE A<br>TAX DIRECTOR<br>FAIRFIELD<br>*Hired Fired* | Terminated 4-30<br>Trouble w/ Dates | J-2 |

Legend: J=Jury    A=Alternate    NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff    PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Case 3:00-cv-00935-SRU   Document 52   Filed 03/11/2004   Page 6 of 10

Judge's List

Judge: STEFAN R. UNDERHILL
Event: 3:00CV935(SRU)
Description: MILLS V. STATE OF CT

Date: 3/11/04
Time: 8:59 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| (37) | 100081151 | 02-0035 | ANDREJCZYK, JOSHUA S<br>EXECUTIVE LAWN<br>MONROE<br>*Started 27 Days ago   Dates OK*<br>*Financial Hardship* | | CP |
| 38 | 100098146 | 02-0064 | SCAMMATO, RAFEL A<br>RETAIL<br>SANDY HOOK<br>*April.*<br>*Medical Appoint.* | *March Better* | J-3 |
| 39 | 100099416 | 02-0053 | JENKINS, TORIN<br>PRINT SHOP<br>STAMFORD<br>*Arrested 3x* | O.K. | PD |
| (40) | 100112014 | 02-0070 | NAPAUL, MARIE G<br>ELECTRONIC ASSEMBLER<br>BRIDGEPORT<br>*Husband lawsuit   Say almost<br>Fell on snow* | O.K. | CP |
| (41) | 100084946 | 02-0095 | MCKENZIE, BEVERNER E<br>CERTIFIED NURSE'S AIDE<br>BRIDGEPORT<br>*works Double Shift*<br>*3/23 - Job interview*<br>*April. Allergy Season* | *prej.*<br>*handcuff*<br>*pushed into*<br>*police car* | CP |
| RH² 42 | 100081356 | 02-0050 | COYNE, EARL<br>GREENWICH<br>*Nervous.*<br>*doesn't know terminology* | OK<br>Dates | J-4 |
| 43 | 100089477 | 02-0137 | MEYERS, STEPHANIE M<br>PHYSICAL THERAPY<br>NEW CANAAN<br>*Children 7,4*<br>*out of school next week*<br>*Hard Fried* | *April<br>OK* | J-5 |
| 44 | 100101657 | 02-0091 | SCHWARTZ, DOUGLAS I<br>BUSINESS ANALYST<br>NORWALK<br>*moving next week<br>Monday* | *April<br>O.K.* | J-6 |
| 45 | 100104815 | 02-0031 | BONGIOVANNI, NANCY A<br>MEDICAL SECRETARY<br>TRUMBULL<br>*Bongiovanni* | O.K. | J-7 |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **STEFAN R. UNDERHILL**
Event: **3:00CV935(SRU)**
Description: **MILLS V. STATE OF CT**

Date: **3/11/04**
Time: **8:59 AM**

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| (46) | 100110433 | 02-0129 | GOTTSCHALK, DEBORAH J — STRATFORD — ATTORNEY — Boss-Dental Surgery. Hus. FBI B.in.law DEA Side Bar — Hared Fired | CP |
| 47 | 100104280 | 02-0131 | LEVINE, LORI A — BETHEL — Hedge Ins. wrongful term suit. pickup child. next week hard — Ared Fines — April OK | PP |
| 48 | 100130042 | 02-0146 | SHAPIRO, JONATHAN M — GREENWICH — 0436664 Attorney — March Bar Exam Worked at Greenwich P.P. — April ? OK | PP |
| 49 | 100095756 | 02-0139 | CIAMBRIELLO, STACEY — BRIDGEPORT — RECORD ADMINISTRATOR ANALYST — Oxford Health. Brother Bpt. Police? — O.K. | J-8 |
| (50) | 100106338 | 02-0101 | KINGSTON, FREDERICK J — WILTON — RETIRED - US Postal — Back Problem → Physical Therapy — April might be okay — suppose he called me for | CP |
| 51 | 100104771 | 02-0144 | PETTIT, JOHN P — NEW FAIRFIELD — COST ESTIMATOR — Assaulted by PD. Arrested by P.O. F+O — O.K. | PD |
| (52) | 100104083 | 02-0102 | BORGES, VICTOR J — DANBURY — MACHINE TECH. — Side Bar — Physical Therapy March April. Daughter Fair Can't Concentrate evening D.V. — OK for April | CP |
| (53) | 100091077 | 02-0023 | THOMAS, JOSEPH — BRIDGEPORT — POLICE-FIRE-EMS DISPATCHER | NU |
| 54 | 100115312 | 02-0145 | LEDERMAN, ARTHUR L — WILTON — BOND SALESMAN — J.P. Morgan Phil. wagken prefers Black Couple Cab driver assaulted by Police — ok April F+O never left memory vicious | PD |

Legend: J=Jury  A=Alternate  NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: **STEFAN R. UNDERHILL**
Event: **3:00CV935(SRU)**
Description: **MILLS V. STATE OF CT**

Date: **3/11/04**
Time: **8:59 AM**

*Favors Police*

| Random No. | Part No. | Pool Seq. | Name | | | Code (see legend) |
|---|---|---|---|---|---|---|
| (55) | 100085039 | 02-0039 | SANTA-MARIA, STEVEN A — WESTON — BANKING — *Hired Fired* — *Hawaii April* | *prej.* | | CP |
| 56 | 100087431 | 02-0094 | KOENIG, PATRICIA A — NEW FAIRFIELD — *Hus P.O. Brother Ass't Pros. N.H. Daughter Dr. App Brother Bill Nardini* | | April OK | PP |
| 57 | 100083517 | 02-0118 | PETER, DOMINICK A — NORWALK — DRIVER — *UPS · NightShift* | | O.K. | J-9 |
| 58 | 100117015 | 02-0085 | KELLY, EDWARD F — WESTPORT — INSURANCE — *Grand Jury · N.Y. 2 Brothers Fed Agents* | | O.K. | |
| 59 | 100089461 | 02-0100 | BECK, MITCHELL L — WESTON — *Computer Programmer* | | O.K. | |
| 60 | 100089278 | 02-0025 | SIGNORE, ANGELINA B — WILTON — COORDINATOR MEMBER SERVICES | | O.K. | |
| ‖‖‖ 61 | 100121348 | 02-0018 | ROJO, EDWARD — SANDY HOOK — SALES CONSULTANT — *Vacation April 16 — was FBI Agent* — *(3/100)* | | OK for march | |
| 62 | 100109238 | 02-0044 | ESAW, MATTHEW B — STRATFORD — INVENTORY AUDITOR — *Terminated · temp position?* | | — | |
| 63 | 100084283 | 02-0063 | PETERSON, JEFFREY R — WESTPORT — COMMERCIAL REAL ESTATE, SELF-EMPLOYED — *DWI N.Y. Police Rough* | | April - not good? | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

Page 7 of 7

(CD.10-Rev. 9/92)

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Mills
v.
State of Connecticut

CASE NO. 3:00cv935(SRU)

## CIVIL CHALLENGES

1. 14 Kaminski
2. 12 - Cooper
3. 7 - Giordano
4. 8 - Gaboardi

1. 5 Ventres
2. 19 Linden
3. 1 Vincent
4. 25 Lenich

_____
COUNSEL FOR PLAINTIFF(S)

_____
COUNSEL FOR DEFENDANT(S)

(CD 12 Rev 9 92)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Mills
v
State of Conn.

CASE NO. 3:00CV 935(SRU)

CIVIL JURY PANEL AS DRAWN

#15  1. Judy Bernberg
18   2. John Lipnickas
20   3. Susan Rogers
21   4. Paul DiMarzio
22   5. Rothann Samaha
24   6. Joseph Baskin
27   7. Anna DiTuri
28   8. Patrick Lynch