Catucci, R.

PRETRIAL CONFERENCE HELD
DATE: 3/10/04

(1 hr.)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pretrial Conference Calendar

Stefan R. Underhill, U.S.D.J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor

March 10, 2004

3:00 p.m.

CASE NO. **3:00cv954**   **Mills v State of CT**

Maria C. Rodriguez
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120

John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK