UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SONDRA MILLS

*Plaintiff*

CIVIL ACTION NO.
Docket No. 3:00 CV 935 (SRU)

STATE OF CONNECTICUT,
JUDICIAL DEPARTMENT
*Defendant*

June 11, 2003

*Denied as moot. So ordered.*

## MOTION IN LIMINE

COMES NOW the defendant, State of Connecticut Judicial Department and moves the court for an order in limine to prohibit the plaintiff from offering, referencing or otherwise mentioning the plaintiff's pre - 1999 applications for the position of Deputy Clerk or Case Flow Coordinator within the Connecticut Judicial Department. Said evidence is irrelevant under Rule 402, lacks sufficient and proper foundation, and the prejudicial effect of such evidence to confuse and mislead the jury outweighs its probative value under Rule 403.

WHEREFORE, the defendant moves for an order in limine consistent with this motion.