UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SONDRA MILLS | : | CIVIL ACTION NO. |
| *Plaintiff* | : | Docket No. 3:00CV0935(SRU) |
| | : | |
| | : | |
| | : | |
| STATE OF CONNECTICUT, | | |
| JUDICIAL DEPARTMENT | : | |
| *Defendant* | : | MARCH 15, 2004 |

## RENEWED & SUPPLEMENTED MOTION IN LIMINE

Defendant, State of Connecticut Judicial Department respectfully moves the court for an order in limine to prohibit the plaintiff from offering, referencing or otherwise mentioning the plaintiff's pre-1999 applications for the position of Deputy Clerk or Case Flow Coordinator *or any other position within the Connecticut Judicial Department*. Said evidence is irrelevant under Rule 402, lacks sufficient and proper foundation, and the prejudicial effect of such evidence to confuse and mislead the jury outweighs its probative value under Rule 403. The defendant also moves to exclude introduction of any raw statistical data proferred by the plaintiff regarding minority employees in the state judicial system.

WHEREFORE, the defendant moves for an order in limine consistent with this motion.

DEFENDANT,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____

Maria C. Rodriguez
Mark P. Kindall
Assistant Attorney General
Federal Bar No. ct08946 & ct13797
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5385
E-mail
Mariac.Rodriguez@state.ct.us.po
Mark.Kindall@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Renewed and Supplemented Motion in Limine was hand delivered on this 15[h] day of March, 2004, first class postage prepaid, to:

**John R. Williams
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510**

_____
Mark P. Kindall
Assistant Attorney General

2