CT/cvtrial (October 17, 2001)

HONORABLE **Stefan Underhill**

DEPUTY CLERK **Montz**   RPTR/ERO/TAPE **Caturci**

TOTAL TIME: **6** hours **40** minutes

DATE **3-15-04**   START TIME **9:05**   END TIME ~~9:05~~ **4:50**

LUNCH RECESS FROM **1:10** TO **2:15**

RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:00cv935(SRU)**

**Mills**
vs.
**State of Conn.**

Plaintiffs Counsel: **John Williams**

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: **Maura Rodriguez**, **Mark Kimball**

## CIVIL JURY/COURT TRIAL

☑ Jury of **8** report (see attached) ☐ Jury sworn
☑ ☑ (jytrl./h) Jury Trial held  ☑ (jytrl./set) Jury Trial continued until **3-16-04** at **9:00 AM**
☐ ☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____
☐ ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☑ #**46** Motion **Def't mot in Limine** ☐ granted ☑ denied ☐ advisement
☑ # Motion **Renewed + Supplemental Memo - In Limine** ☐ granted ☑ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☑ oralm. **Deft** Oral Motion **under Rule 50** ☐ granted ☑ denied ☐ advisement
☐ oralm. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral motion _____ ☐ granted ☐ denied ☐ advisement
☑ ~~P~~ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☑ ☑ Plaintiff(s) rests ☐ Defense rests
☐ Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ ☐ Summation held ☐ Court's Charge to the Jury
☐ All full exhibits. ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
☐ Jury commences deliberations at _____
☐ Court orders Jury to be fed at Govt. expense (see attached bill)
☐ SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CD 12-Rev 9 92

Mills
v
State of Conn.

CASE NO. 3:00CV935(SRU)

## CIVIL JURY PANEL AS DRAWN

#15  1. Jody Bernberg        JB
18   2. John Lipnickas
20   3. Susan Rogers         SR
21   4. Paul DiMarzio        Paul D.
22   5. Rothann Samaha
24   6. Joseph Baskin        Baskin
27   7. Anna DiTuri          Anna DiTuri
28   8. Patrick Lynch        P.L.

CLERK