CT/cvtrial (October 17, 2001)

HONORABLE **Stefan Underhill**
DEPUTY CLERK **Martz**    RPTR/ERO/TAPE **Catucci**

TOTAL TIME: **5** hours **0** minutes

DATE **3-16-04**    START TIME **9:15**    END TIME **3:15**
LUNCH RECESS FROM    TO
RECESS FROM **12:15** TO **1:15**    (if more than 1/2 hour)

CIVIL NO. **3:00cv935 (SRU)**

**Mills**
vs.
**State of Conn.**

**John Williams**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Maria Rodriguez**
**Mark Kindall**
Defendants Counsel

### CIVIL JURY/COURT TRIAL

☑ Jury of **8** report (see attached) ☐ Jury sworn
☑ (jytrl./h) Jury Trial held ☐ (jytrl./set) Jury Trial continued until **3-17-04** at **9:00 AM**
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____
☐ ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits. ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

3-16-04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CD 12-Rev 9 92

Mills
v
State of Conn.

CASE NO. 3:00CV935(SRU)

## CIVIL JURY PANEL AS DRAWN

#15  1. Jody Bernberg
18   2. John Lipnickas
20   3. Susan Rogers
21   4. Paul DiMarzio
22   5. Rothann Samaha
24   6. Joseph Baskin
27   7. Anna Dituri
28   8. Patrick Lynch

CLERK