CT/cvtrial (October 17, 2001)

HONORABLE **S. R. Underhill**
DEPUTY CLERK **Montz**    RPTR/~~ERO/TAPE~~ **S. Catucci**

TOTAL TIME: **4** hours **10** minutes

DATE **3/17/04**    START TIME **11:55**    END TIME **5:10**
LUNCH RECESS FROM **12:55** TO **1:30**
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Mills**

vs.

**State CT**

CIVIL NO. **3:00CV 935 (SRU)**

**John Williams**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Maria Rodriguez**
Defendants Counsel

## CIVIL JURY/COURT TRIAL

✓ Jury of **8** report (see attached) ☐ Jury sworn
✓ (jytrl./h) Jury Trial held ☐ (jytrl./set) Jury Trial continued until **3/18/04** at **9:30**
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____
☐ ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
✓ oralm. Oral Motion **Deft's Renewed Oral Motion for Rule 50** ☐ granted ✓ denied ☐ advisement
☐ oralm. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×7)

☐ Plaintiff(s) rests  ✓ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
✓ Summation held  ✓ Court's Charge to the Jury
All full exhibits, ✓ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at **4:40**
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

✓ COPY TO: JURY CLERK (JURY TRIALS ONLY)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

(CD 12-Rev 9 92)

Mills
v
State of Conn.

CASE NO. 3:00CV935(SRU)

## CIVIL JURY PANEL AS DRAWN

#15  1. Jody Bernberg  _JB_
 18  2. John Lipnickas  _JL_
 20  3. Susan Rogers  _SR_
 21  4. Paul DiMarzio  _Paul P.D._
 22  5. Rothann Samaha  _RS_
 24  6. Joseph Baskin  _Baskin_
 27  7. Anna Dituri  _Anna Dituri_
 28  8. Patrick Lynch  _PL_

CLERK