CT/cvtrial (October 17, 2001)

TOTAL TIME: ___ hours _15_ minutes          DEPUTY CLERK _Montz_   HONORABLE _Stefan Underhill_   RPTR/ERO/TAPE _Cahal_

DATE _3-18-04_     START TIME _11:40_   END TIME _2:40_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _11:45_ TO _11:55_   (if more than 1/2 hour)
                    _2:35_

CIVIL NO. _3:00cv935(SRU)_

Mills
vs.
State of Conn.

§
§
§
§
§

_John Williams_
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_Maura Rodriguez_
Defendants Counsel
_Mark Kindall_

## CIVIL JURY/COURT TRIAL

☑ ....... Jury of _8_ report (see attached) ☐ Jury sworn
☑ ....... ☑ (jytrl./h) Jury Trial held ☐ (jytrl./set) Jury Trial continued until _____ at _____
☐ ....... ☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____
☐ ctrlconc . Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ ..... # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm..... Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm..... Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....... _____ ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed

☐ ....... ☐ Plaintiff(s) rests ☐ Defense rests
☐ ....... Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ ....... ☐ Summation held ☐ Court's Charge to the Jury
☐ ....... All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
☑ ....... Jury commences deliberations at _9:30 a.m._
☑ ....... Court orders Jury to be fed at Govt. expense (see attached bill)
☑ ....... SEE ☑ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

- [ ] Court declares MISTRIAL
- [ ] Verdict Form filed
- [x] VERDICT: In favor of the defendant

_____
_____
_____

- [x] Court accepts verdict and orders verdict verified and recorded
- [x] Jury polled

## MISCELLANEOUS PROCEEDINGS

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CD 12-Rev 3 92

Mills
v
State of Conn.

CASE NO. 3:00CV935(SRU)

## CIVIL JURY PANEL AS DRAWN

#15  1. Jody Bernberg  JB
 18  2. John Lipnickas
 20  3. Susan Rogers
 21  4. Paul DiMarzio
 22  5. Ruthann Samaha
 24  6. Joseph Baskin
 27  7. Anna DiTuri
 28  8. Patrick Lynch

CLERK