Mills
v
State of Conn

FILED
3:00cv935(SRU)
2004 MAR 18 P 3: 15
U.S. DISTRICT COURT
BRIDGEPORT, CONN

(8)   LIST OF WITNESSES

*For the Plaintiff:*

~~Also~~ 3-15-04  a.   **The plaintiff** will testify concerning all of her allegations and concerning damages.

b.   **Attorney Timothy P. Pothin, New Haven, CT,** will testify concerning the quality of all aspects of the plaintiff's work and her suitability for promotion.

c.   **Attorney Joseph Romanello, Danbury, CT,** will testify concerning the quality of all aspects of the plaintiff's work and her suitability for promotion.

d.   **Attorney Michael S. Alevy, New Haven, CT,** will testify concerning the quality of all aspects of the plaintiff's work and her suitability for promotion.

Full 3-16-04  e.   **Attorney Patrice Palombo, New Haven, CT,** will testify concerning the quality of all aspects of the plaintiff's work and her suitability for promotion.

3-15-04  f.   **James Mills, Cheshire, CT,** will testify concerning the plaintiff's damages

The plaintiff reserves the right to call some or all of the witnesses listed by the defendant.

3-15-04   Robert Coffey, Hebron, CT