*Mills v State of Conn.*

FILED 3:00cv935(SRV)

2004 MAR 18 P 3:16

U.S. DISTRICT COURT
BRIDGEPORT, CONN

*For the Defendant:*

5-15-04  a.  **Robert Coffey, Director of Human Resource Management, 61 Woodland Ave., Hartford, CT.** This witness will testify to the plaintiff's employment history with the defendant, the various Positions she applied for, the basis for her rejection for the Deputy Clerk and Case Flow Coordinator positions; the nature and job requirements for the Case Flow Coordinator and Deputy Clerk positions; the reclassifications of various jobs throughout his tenure with the Judicial Department; the job qualifications of the candidates selected in 1997 and 1999 for the Deputy Clerk position; the procedure utilized to screen, interview and select the Case Flow Coordinator and Deputy Director positions the plaintiff applied for in 1999; white employees who repeatedly applied for positions and were rejected; the reasons for the long wait some employees experience who seek promotion.

3-16-04  b.  **Eileen Meehan, Personnel Manager, 61 Woodland Ave., Hartford, CT.** This witness will testify about the candidate pools for the specific positions that the plaintiff applied for; where possible, the qualifications of the persons eventually selected; the basis for her rejection for the Deputy Clerk and Case Flow

3-17-04 Kathleen Naumann
121 Elm St. New Haven

positions based on employer records; the nature and job requirements for the Case Flow coordinator and Deputy Clerk positions; the reclassifications of various job throughout his tenure with the Judicial Department; the job qualifications of the candidates selected in 1997 and 199 for the Deputy Clerk position; the procedure utilized to screen, interview and select the Case Floo Coordinator and Deputy Director positions the plaintiff applied for in 199; white employees who repeatedly applied for positions and were rejected. The involvement of the Affirmative Action designee in the selection process.

3-16-04 c. **Louis Fagnani, Jr., Deputy Clerk II, 235 Church Street, New Haven, CT.** This witness will testify to his involvement in the selection process for the 1999 GA 6 Deputy Clerk position in New Haven that the plaintiff applied for. He will also testify to similar facts as witnesses Coffey and Meehan.

3-15-04 d. **Scott Hartley, Deputy Director III, Superior Court Operations, 61 Wodland Ave., Hartford, CT.** If necessary, this witness will testify about his involvement in the selection of a Deputy Clerk in GA 4 in Waterbury in the spring of 1997; the selection process, the plaintiff's application and interview; the qualifications of the person

selected.

**3-16-04**  e.  **Nancy Kierstead, Trial Court Administrator, Court Operations, 225 Spring Street, Wethersfield, CT.** If necessary, this witness will testify about her involvement in the selection of a Deputy Clerk in GA 22 in Milford in the spring of 1997; the selection process, the plaintiff's application and interview; the qualifications of the person selected.

**3-16-04**  f.  **Felicia Santostefano, Assistant Clerk, JD Middlesex JD, 1 Court Street, Middletown, CT.** If necessary, this witness will testify about her involvement as the Affirmative Action designee in the selection of a Deputy Clerk in GA 6 in New Haven, in the spring of 1999 and GA 4 in Waterbury, in 1997; the selection process, the plaintiff's application and interview; the qualifications of the persons selected.

g.  **Suzanne M. Colasanto, Chief Housing Clerk, Housing Session, 121 Elm Street, New Haven, CT.** This witness will testify to her involvement in the selection process for the 1999 GA 6 Deputy Clerk position in New Haven that the plaintiff applied for. She will also testify to similar facts as witnesses Coffey and Meehan.

3-16-04   h.   **Nicholas Cimmino, Deputy Director III, 235 Church Street, New Haven, CT.** This witness will testify to his involvement in the selection process for the 1999 Deputy Clerk position in New Haven that the plaintiff applied for. He will also testify to similar facts as witnesses Coffey and Meehan.

i.   **Mary Deluca, Deputy Clerk, GA 23 Clerk's Office, 121 Elm Street, New Haven, CT.** This witness will testify to her experience and qualifications for the Deputy Clerk position.

j.   **Kathleen Smith, Deputy Clerk, GA 11, 14 West River Street, Milford, CT.** This witness will testify to her experience and qualifications for the Deputy Clerk position.

3-15-04
3-16-04   k.   **Laura Hart-Leigh, Deputy Clerk, GA 4 Clerk's Office, 400 Grand Street, Waterbury, CT.** This witness will testify to her experience and qualifications for the Deputy Clerk position.

l.   **Sandra Mills, address unknown.** This witness will testify to facts raised in her complaint and her deposition.

m.   **Richard Qatato, Case Flow Coordinator, Ansonia-Milford J.D., 14 West River Street, Milford, CT.** This witness will testify about the differences between a Courtroom Clerk position and the demands of the Case Flow Coordinator position.

n.   **Steve Stack, Case Flow Coordinator, Meriden J.D., 54 West**