FILED

2004 MAR 18 P 3: 16

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SONDRA MILLS | : | |
| VS. | : | NO. 3:00CV935(SRU) |
| STATE OF CONNECTICUT, JUDICIAL DEPARTMENT | : | MARCH 11, 2004 |

**PLAINTIFF'S EXHIBITS**

✓ Full 3-15-04  1.   Copy of Section 5-270(c) of the Connecticut General Statutes

✓ Full 3-15-04  2.   Job Description for Deputy Clerk

✓ Full 3-15-04  3.   Job Description for Case Flow Coordinator

✓ Full 3-15-04  4.   Plaintiff's resume

✓ Full 3-15-04  5.   Employee Performance Appraisal Report issued 1/89

✓ Full 3-15-04  6.   Employee Performance Appraisal Report issued 1/90

✓ Full 3-15-04  7.   Employee Performance Appraisal Report issued 1/91

✓ Full 3-15-04  8..  Employee Performance Appraisal Report issued 1/92

✓ Full 3-15-04  9.   Employee Performance Appraisal Report issued 1/93

✓ Full 3-15-04  10.  Employee Performance Appraisal Report issued 1/1/94

✓ Full 3-15-04  11.  Employee Performance Appraisal Report issued 1/95

✓ Full 3-15-04  12.  Employee Performance Appraisal Report issued 1/1/96

✓Full 3-15-04  13. Employee Performance Appraisal Report issued 1/97

14. Letter from Emily D. Capozzi dated January 9, 1987

15. Letter from plaintiff dated January 28, 1987

✓Full 3-15-04  16. Letter from Timothy P. Pothin dated September 25, 1991

✓Full 3-15-04  17. Letter from Frances Z. Calafiore dated June 18, 1993

✓Full 3-15-04  18. Letter from Joseph Romanello dated March 22, 1996

✓Full 3-15-04  19. Memo from Patrice K. Palombo

✓Full 3-15-03  20. April 25, 1997 job posting

✓Full 3-15-03  21. Letter from Scott A. Hartley dated May 23, 1997

✓Full 3-15-03  22. Letter from Scott A. Hartley dated June 24, 1997

✓Full 3-15-03  23. Letter from Eileen L. Finn dated July 23, 1997

✓Full 3-15-04  24. Job Postings dated May 14, 1999

✓Full 3-15-04  25. Job Postings dated May 28, 1999

✓Full 3-15-04  26. Letter from Michael S. Alevy dated June 4, 1999

✓Full 3-15-04  27. Letter from Lou Fagnani dated August 9, 1999

✓Full 3-15-04  28. Judicial Branch records concerning races of Geographical Area Deputy Clerks

29. Life Tables

✓Full 3-15-04  30. Theresa Lopes' Resume
✓Full 3-16-04  31. Essential Functions
ID 3-16-04  32. Affirmative Action 1999
✓Full 3-16-04  33. Notes of Interview

Rec'd 3/18/04