*Mills*
v.
*State of Conn.*

3:00CV935

FILED
2004 MAR 18 P 3: 16
U.S. DISTRICT COURT
BRIDGEPORT, CONN

12. Employee Performance Appraisal Report issued 1/1/96

13. Employee Performance Appraisal Report issued 1/97

14. Letter from Emily D. Capozzi dated January 9, 1987

15. Letter from plaintiff dated January 28, 1987

16. Letter from Timothy P. Pothin dated September 25, 1991

17. Letter from Frances Z. Calafiore dated June 18, 1993

18. Letter from Joseph Romanello dated March 22, 1996

19. Memo from Patrice K. Palombo

20. April 25, 1997 job posting

21. Letter from Scott A. Hartley dated May 23, 1997

22. Letter from Scott A. Hartley dated June 24, 1997

23. Letter from Eileen L. Finn dated July 23, 1997

24. Job Postings dated May 14, 1999

25. Job Postings dated May 28, 1999

26. Letter from Michael S. Alevy dated June 4, 1999

27. Letter from Lou Fagnani dated August 9, 1999

28. Judicial Branch records concerning races of Geographical Area Deputy Clerks

The plaintiff reserves the right to offer some or all of the exhibits listed by the defendant.

**B.**   **Defendant's Exhibits**

✓ Full 3-15-04   A.   Job Description for Case Flow Coordinator

✓Full 3-15-04 B 2. Resume of Sandra Mills

✓Full 3-15-04 C 3. Resume of Mary DeLuca

✓Full 3-15-04 D 4. Resume of Laura Hart-Leigh

✓Full 3-16-04 E 5. Candidate Scoring sheet for GA #6 1999 Deputy Clerk position

✓Full 3-15-04 F 6. Deputy Clerk GA #6 Interview Questions for 1999 position

✓Full 3-15-04 G 7. Job Description for Deputy Clerk position

H 8. Computer Print out of position applications for white female employee similarly situated to plaintiff

✓Full 3-15-04 I 9. Deputy Clerk GA #4 Interview Questions for 1997 position

✓Full 3-15-04 J 10. Candidate scoring sheet for GA #4 1997 Deputy Clerk position

The defendant reserves the right to offer some or all of the exhibits listed by the plaintiff.

✓ID 3-15-04 K  Job Appraisal
✓Full 3-17-04 L  Pay Comparison

(11) ANTICIPATED EVIDENTIARY PROBLEMS / MOTIONS IN LIMINE

1. Whether the plaintiff may introduce evidence of past discrimination beyond the applicable statute of limitations as provided by National R.R. Passenger Corp. v. Morgan, 122 S. Ct. 2061, 2072 (2002) ("Nor does the statute bar an employee from using the prior acts as background evidence in support of a timely claim.")

2. The defendant will file a motion in limine to preclude the admission of job positions the plaintiff applied for prior to 1999, which that the

✓3-16-04 Full M. Notes - Answers to Questions

Received 3/18/2004  [signature]  END