# United States District Court

**DISTRICT OF** ⎯⎯⎯⎯⎯⎯⎯

Mills v. State of Conn.

**EXHIBIT AND WITNESS LIST**

FILED 2004 MAR 18 P 3: 15
U.S. DISTRICT COURT
BRIDGEPORT, CONN

CASE NUMBER: 3:00CV935(SRU)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Stefan Underhill | John Williams | Maria Rodriguez-May Kiddell |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3-15-04 | Sue Catucci | Alice Montz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 3-15-04 | | | The following exhibits are full exhibits, Plff's |
| | | " | | ✓ | 1, 2, 3, 4, 24, 25, 26, 27 · Deft's  A, B, C, D, F, G, I |
| | | " | | | Robert Coffey, Hebron, CT, Sworn + Test |
| 28 | | " | | ✓ | Jud. Branch records concerning races of G.A. Deputy Clerks |
| | | " | | | Sandra Mills, Cheshire, CT, Sworn + Test |
| 4 | | " | | ✓ | Plff's Resume |
| 5 | | " | | ✓ | Employee Performance Appraisal Report issued 1989 |
| | | " | | ✓ | " " 1990 |
| 6 | | " | | ✓ | " " 1991 |
| 7 | | " | | ✓ | " " 1992 |
| 8 | | " | | ✓ | " " 1993 |
| 9 | | " | | ✓ | " " 1994 |
| 10 | | " | | ✓ | " " 1995 |
| 11 | | " | | ✓ | " " 1996 |
| 12 | | " | | ✓ | " " |
| 13 | | " | | ✓ | |
| 17 | | " | | ✓ | Letter from F. Calafrore 6-18-93 |
| 20, 21, 22, 23 | | | | ✓ | Exhibits stipulated to |
| 16 | | " | | ✓ | Letter from Timothy Pothin 9-25-91 |
| 18 | | " | | ✓ | "    "   Joseph Romanello 3-22-96 |
| 19 | | " | | ✓ | Memo from Patrice Palumbo |
| | | " | | | James Mills, Cheshire, CT, Sworn + Test |
| | | " | | | Scott Hartley, Watertown, CT, Sworn + Test |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (REV. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

Mills vs. State of Conn.    CASE NO. 3:00cv935(SRU)

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | J | 3-15-04 |  | ✓ | Candidate Scoring Sheet for GA #4 1997 Dep. Clerk Position |
|  | K | " | ID |  | Job Appraisal – Laura Leigh |
|  |  | " |  |  | Laura Leigh, Goshen, CT., Sworn & Test |
|  |  | 3-16-04 |  |  | Eileen Meehan, Southington, CT., Sworn & Test |
|  |  | " |  |  | Nancy Kierstead, Northford, CT, Sworn & Test |
|  |  | " |  |  | Louis Fagnani, Stratford, CT., Sworn & Test |
|  |  | " |  |  | Nicholas Cimmino, Hamden, CT, Sworn & Test |
|  | E | " |  | ✓ | Candidate Scoring Sheet for GA #6 '99 – Dep. Clerk Position |
| 31 |  | " |  | ✓ | Essential Functions |
|  |  | " |  |  | Felicia Santostefano, Middletown, CT, Sworn & Test |
| 32 |  | " | ID |  | Affirmative Action '99 |
| 33 | M | " |  | ✓✓ | Notes – Answers to Questions / Notes of Interview |
|  | L | 3-17-04 |  | ✓ | Comparison Chart |
|  |  | " |  |  | Kathleen Naumann, N. H., CT, Sworn & Test |

Page 2 of ___ Pages