# United States District Court

**FILED**

DISTRICT OF —

Mills v. State of Conn.

Court EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:00CV935 (SRU)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Stefan Underhill | John Williams | Maura Kelly |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 3-15-04 – 3-18-04 | Sue Catucci | Alice Montz |

| Court Ex. PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 3-17-04 |  |  | Jury Charge |
| 2 |  | " |  |  | Verdict Form |
| 3 |  | " |  |  | Jury Charge |
| 4 |  | " |  |  | Verdict Form |
| 5 |  | " |  |  | Jury Charge |
| 6 |  | " |  |  | Verdict Form |
| 7 |  | 3-18-04 |  |  | Note from Jury |
| 8 |  | " |  |  | Note from Jury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages