UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONDRA MILLS | : CIVIL NO. 3:00CV935 (SRU) |
| *Plaintiff,* | : |
| V. | : |
| STATE OF CONNECTICUT JUDICIAL DEPARTMENT, | : |
| *Defendant.* | : |

**<u>DEFENDANTS'S REVISED PROPOSED JURY VERDICT FORM</u>**

1. Did plaintiff Sondra Mills prove that a she was qualified for the position of Caseflow Coordinator in GA 6 in 1999.

    Yes _____    No_____.

If you have answered Yes to Question 1, please proceed to Question 2. If you have answered No, please proceed to question 3.

2. Did plaintiff Sondra Mills prove that defendant State of Connecticut, Judicial Department, intentionally discriminated against her, in that her race was a motivating and determining factor, in the decision not to promote her to the position of Caseflow Coordinator of GA 6 in 1999?

    Yes _____    No_____.

3. Did plaintiff Sondra Mills prove that defendant State of Connecticut, Judicial Department, intentionally discriminated against her, in that her race was a motivating and determining factor, in the decision not to promote her to the position of Deputy Clerk of GA 6 in 1999?

   Yes _____    No_____.

If the answer to question 3, and EITHER question 1 or 2 is No, your deliberations are at an end. The foreperson should sign and date this form and notify the marshal that you have reached your verdict. The verdict will then be returned to Court. If the answer to either question 2 or question 3 is Yes, proceed to question 4.

4. Did the plaintiff Sondra Mills prove by a preponderance of the evidence that she suffered damages, excluding any damages relating to wages or retirement benefits, that were causally related to her failure to promote claims.

   Yes _____  No _____

5. If the answer to question 4 is Yes, what, if any, amount of money did plaintiff Sondra Mills prove will fairly and reasonably compensate her for her damages, again damages, excluding any damages relating to wages or retirement benefits?

    $ _____

6. If plaintiff Sondra Mills has failed to prove actual damages, then do you find an award of one dollar in nominal damages appropriate?

    Yes _____    No _____

**CERTIFICATION**

I hereby certify that the foregoing Defendant's Revised Proposed Jury Verdict Form was hand-delivered to counsel for the Plaintiff, John R. Williams, at the Federal Court in Bridgeport, on this 17th day of March, 2004.

_____
Maria C. Rodriguez
Mark P. Kindall
Assistant Attorneys General
Federal Bar Nos. ct08946 & ct13797
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel:  (860) 808-5340
Fax: (860) 808-5383
Mariac.rodriguez@po.state.ct.us
Mark.kindall@po.state.ct.us