UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SONDRA MILLS,                          :
    Plaintiff,                    :
                                  :
                                  :    CIVIL ACTION NO.
    v.                            :    3:00CV935(SRU)
                                  :
STATE OF CONNECTICUT, JUDICIAL         :
DEPARTMENT,                            :
    Defendant.                    :

### VERDICT FORM

We, the jury, unanimously find as follows:

1.    Did the plaintiff, Sondra Mills, prove by a preponderance of the evidence that the defendant, the State of Connecticut, Judicial Department, violated Title VII by not promoting her to either of the two positions for which she applied in 1999?

    Deputy Clerk Position        Yes ____    No X

    Case Flow Coordinator Position    Yes ____    No X

    *If your answer to question 1 is yes for either position, please proceed to question 2. If your answer to question 1 is no for both positions, you have completed your deliberations. Please sign and date this form.*

2.    What amount of lost salary and retirement benefits do you award Ms. Mills?

        Lost Salary:        $_____

        Lost Retirement Benefits:    $_____

    *Please proceed to question 3.*

3.    Did the plaintiff, Sondra Mills, prove by a preponderance of the evidence that she suffered emotional distress?

Yes _____        No_____

If yes, what amount of damages do you award her for her emotional distress?

$_____

*Please sign and date this verdict form.*

_____
            Foreperson

_____
     3/18/04
        Date