UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 APR 14  P 2: 23

U.S. DISTRICT COURT
BRIDGEPORT, CONN

SONDRA MILLS

v

STATE OF CONNECTICUT,
JUDICIAL DEPARTMENT

3:00 CV 935 (SRU)

## JUDGMENT

This matter came on for trial before a jury and the Honorable Stefan R. Underhill, United States District Judge. On March 18, 2004, after deliberation, the jury returned a verdict in favor of the defendant.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 14th day of April, 2004.

KEVIN F. ROWE, Clerk

By _____
Deputy Clerk

Entered on Docket _____